No. 12–347.   Hengjun Chao v. Mount Sinai Hospital et al. C. A. 2d Cir.   Certiorari denied.

No. 12–363.   Dean v. Teeuwissen, Chairman, Mississippi Board of Bar Admissions.   C. A. 5th Cir.   Certiorari denied.

No. 12–377.   Hale v. United States.   C. A. 5th Cir.   Certiorari denied.

No. 12–378.   Mitchell v. United States.   C. A. 5th Cir. Certiorari denied.

No. 12–386.   Sharpton v. United States.   C. A. 9th Cir. Certiorari denied.

No. 12–387.   Davis, Administrator of the Estate of Smith, Deceased v. United States.   C. A. 5th Cir.   Certiorari denied.

No. 12–5016.   Amezcua v. Eighth Judicial District Court of Nevada, Clark County, et al.   Sup. Ct. Nev.   Certiorari denied.

No. 12–5030.   Sparks v. Texas.   Ct. Crim. App. Tex.   Certiorari denied.

No. 12–5229.   Hawkins v. Ohio.   Ct. App. Ohio, Hamilton County.   Certiorari denied.

No. 12–5363.   Shigley v. United States.   C. A. 9th Cir. Certiorari denied.

No. 12–5374.   Campbell v. Robinson, Warden.   C. A. 6th Cir.   Certiorari denied.

No. 12–5427.   Elliott v. California.   Sup. Ct. Cal.   Certiorari denied.

No. 12–5433.   Howard v. Arkansas.   Sup. Ct. Ark.   Certiorari denied.

No. 12–5495.   Springs v. Arkansas.   Sup. Ct. Ark.   Certiorari denied.